STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



MIKE COX
ATTORNEY GENERAL

P.O. Box 30736
Lansing, Michigan 48909-8236

December 10, 2003

**FILED**
DEC 16 2003
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Christopher J. Trainor
Attorney at Law
6557 Highland Rd, Ste 105
Waterford, MI 48327

Dear Mr. Trainor

Re:  Taylor v Fischer, et al
     USDC ED MI 03-73595

This letter will confirm our telephone conversation of yesterday, December 9, 2003 in which I indicated I would be assuming the representation of Michigan State Police Lt. Edward Viverette. In our conversation, you concurred in an indefinite extension of time to respond to the most recent amended complaint filed in this matter which has now been removed to federal court. You also indicated you were reviewing whether to continue this action against Lt. Viverette. We agreed you would contact me the week of January 5, 2004 with your decision. If you decide to dismiss Lt. Viverette from this action, we will then prepare the appropriate Stipulation and Order. If you decide to continue the case against Lt. Viverette, we will agree to a response date at that time.

Thank you for your courtesy in this matter.

Very truly yours,

Margaret A. Nelson
Assistant Attorney General
Public Employment, Elections & Tort Division
(517) 373-6434

c.
Paula Cole
Judge Paul Borman

