```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF MICHIGAN

                            SOUTHERN DIVISION

                               *   *   *


NATHANEAL TAYLOR,

                    Plaintiff,

        - vs. -                         Case No. 03-73595

                                        Hon. Paul Borman

JAMES FISCHER, DWIGHT PEARSON,

GREG EDWARDS, SGT. KINNEY, EDWARD

VIVERETTE, ERNEST WILSON, ARTHUR

MILLER, THOMAS KEYS, and

BARBARA SIMON,

                       Defendants.        /


DEPONENT:     AMEER ROSS

DATE:         Thursday, April 8, 2004

TIME:         2:30 p.m.

LOCATION:     Parnall Correctional Facility

              Jackson, Michigan


REPORTED BY:  JENNIFER DIANE CLAUSON, CSR-6867

              Clauson & Carnegie Court Reporting, L.L.C.

              Telephone (248) 683-8516
```

| | | |
|---|---|---|
| 1 | Q. | Okay. Do you have any family members living in any houses? |
| 2 | A. | Yes. |
| 3 | Q. | Your mom? |
| 4 | A. | No. My mother stays in an apartment where she at. |
| 5 | Q. | Which family members live in some of your houses? |
| 6 | A. | My cousin. She stays on West McNichols. |
| 7 | Q. | Did you ever buy a house or were you given a house by Ernest |
| 8 | | Wilson? |
| 9 | A. | I purchased a house from Ernest Wilson. |
| 10 | Q. | Okay. And he was the homicide detective involved in the |
| 11 | | Nathaneal Taylor case; is that correct? |
| 12 | A. | Yes, ma'am -- yes, sir. |
| 13 | Q. | Okay. And what's the address for that or what's -- |
| 14 | A. | I don't remember the address. I sent -- |
| 15 | Q. | Okay. How about the street, sir? |
| 16 | A. | It's on Six Mile. |
| 17 | Q. | Six Mile? Is that where your cousin lives? |
| 18 | A. | Yes. |
| 19 | Q. | Okay. Do you know who the house is deeded in? |
| 20 | A. | Yes. |
| 21 | Q. | It's -- |
| 22 | A. | No. It's not in my name. |
| 23 | Q. | Whose house -- whose name is it in? |
| 24 | A. | Anderson. His last name is Anderson. |
| 25 | Q. | Okay. |

```
 1  A.  First name Odis.
 2  Q.  I'm sorry.
 3  A.  Odis.
 4  Q.  Odis.  So the deed is in Odis Anderson's name?
 5  A.  Yes.
 6  Q.  And is Odis Anderson any kin to you?
 7  A.  Through marriage, yes.
 8  Q.  He's your fiancee's --
 9  A.  No.  Through marriage meaning he married somebody --
10  Q.  Oh, I'm sorry now.  Okay.  How long has he been living over
11      there?
12  A.  Since 2000 -- 2001.
13  Q.  Okay.  Is that when you bought the house?
14  A.  Yes.
15  Q.  Okay.  You say you own a lot of properties and you own these
16      properties because you were a real estate developer; is
17      that --
18  A.  No.  I wasn't a real estate developer.  Some of my houses
19      come from when my father passed and the other houses I
20      purchased.
21  Q.  Okay.  And you're renting them out for income properties
22      and --
23  A.  Well, basically, yes.
24  Q.  Okay.
25  A.  I'm not getting any.
```

```
 1  Q.  Okay.  Do you remember how much you paid for this house from
 2      Ernest Wilson?
 3  A.  It was -- he listed the house at 45,000.
 4  Q.  Uh-huh.
 5  A.  I didn't pay but 38 for it.
 6  Q.  How did you end up getting that deal?
 7  A.  Well, I mean I had some basically dealings with Ernest
 8      Wilson.
 9  Q.  Okay.  Other than this case?
10  A.  Other than this case as --
11  Q.  You said you had some dealings with him and what type of
12      dealings did you have with him other than the Nathaneal
13      Taylor case?
14  A.  Well, I mean prior to this, drugs and different things like
15      that.
16  Q.  Okay.  And what do you mean by drugs?
17  A.  Well, I used to get drugs and sell them to -- not directly
18      to him, but people he knew.
19  Q.  Okay.  So you would get drugs for his friends and -- so they
20      could use them?
21  A.  Yes, sir.
22  Q.  Okay.  And he knew about that?
23  A.  Yes.
24  Q.  Okay.  So Mr. Wilson would say, Mr. Ross, can you help my
25      buddies out and get them some drugs?
```

```
 1  A.  No, it wasn't basically like that. He would call and ask me
 2      what I was I doing and I would be like nothing. He was like
 3      I need you to make some runs for me. I got some people who
 4      want some stuff and my mother -- when he said when he gets
 5      to the parking lot, he would call and my mother told him I
 6      would be right down.
 7  Q.  Okay. And so you would make the runs to get drugs and he
 8      would give you money for the drugs?
 9  A.  Basically, I made -- he didn't per say give me no money. I
10      made my money off of the sales. Actually I was selling to
11      -- to his -- to him for more than what the price was that
12      he --
13  Q.  Right.
14  A.  -- you know, then what I bought it from the next person for.
15  Q.  Okay. So you go get the drugs, you would sell the drugs to
16      him, and you would make money that way, right?
17  A.  Yes, sir.
18  Q.  Okay. And then he would -- apparently he told you that he
19      would give these drugs to his friends then?
20  A.  Yes, sir.
21  Q.  Okay. Do you know what a controlled buy is?
22  A.  A controlled buy is basically if the police bought it or
23      something like that or what would be called an informant.
24  Q.  Right. Or had marked money and gave you marked money and
25      had you buy, right?
```

1  A.  Right.

2  Q.  This wasn't a controlled buy situation, was it?

3  A.  No, sir.

4  Q.  Okay.  This was basically for his personal use or his

5      friend's personal use?

6              MS. COLE:  Objection.  Leading.

7  Q.  (BY MR. TRAINOR):  Go ahead.  Or what was it for?

8  A.  I mean I purchased the drugs for him for someone else.

9  Q.  Okay.  That's -- is that what he told you?

10 A.  Basically.

11 Q.  Okay.  But he did give you money for the drugs?  I want to

12     make that clear, right?

13 A.  Yes.

14 Q.  Okay.  Was this before or after the Nathaneal Taylor case --

15 A.  Well, --

16 Q.  -- you were involved with?

17 A.  -- I met Ernest Wilson.  I was down at homicide --

18 Q.  Right.

19 A.  -- through some more officers that I -- I was down there on

20     other cases.

21 Q.  Okay.

22 A.  He called me upstairs on a --

23 Q.  Okay.

24 A.  -- and interviewed me and told me he needed me to do

25     something for him.  I asked him what it was.  He then said

| | | |
|---|---|---|
| 1 | | well, I have a guy down -- upstairs. I don't remember what |
| 2 | | -- recollect what cell I was in, but he moved me next to -- |
| 3 | | across from Nathaneal. |
| 4 | Q. | Right. |
| 5 | A. | He then told me he needed me to try to get information out |
| 6 | | of him. |
| 7 | Q. | Right. |
| 8 | A. | Which Nathaneal wouldn't give up any information too much. |
| 9 | | The only thing he asked me to do at that time was call his |
| 10 | | fiancee -- |
| 11 | Q. | Right. |
| 12 | A. | -- or I don't know her name and tell her to -- that he had |
| 13 | | just gave them authority. Not authority, but gave them |
| 14 | | permission to enter his home -- |
| 15 | Q. | Right. |
| 16 | A. | -- and I done that. |
| 17 | Q. | Okay. |
| 18 | A. | So -- |
| 19 | Q. | Okay. Did he ever tell you that -- tell her to hide guns or |
| 20 | | anything like that or -- |
| 21 | A. | Well, on the -- on the statement that officer -- I mean |
| 22 | | Sergeant Wilson showed me to write down basically had that |
| 23 | | on there to have her move a gun out of the house. |
| 24 | Q. | But did he ever say -- |
| 25 | A. | No. |

1  Q.  -- that to you?
2  A.  No, sir.
3  Q.  Okay. So that statement was false, right?
4  A.  Yes.
5  Q.  Okay. Let's go back here. You knew some homicide
6      detectives. Ernest Wilson had you come up and meet with him
7      and told you that he was going to move you by Nathaneal
8      Taylor so you could get some information from him, correct?
9  A.  Right.
10 Q.  Okay. You signed some statements that I've reviewed and it
11     indicates that there's some information regarding a murder.
12     Where did you get that information from?
13 A.  I got that information from the statement that Sergeant
14     Wilson had wrote out.
15 Q.  Okay. So Sergeant Wilson writes out this statement, he
16     tells you sign this, correct?
17 A.  No, he didn't tell me to sign it. He said for me to write
18     it out in my handwriting and then sign it.
19 Q.  Okay. So he wrote out a statement?
20 A.  Yes.
21 Q.  And then told you to copy it in your handwriting?
22 A.  Yes.
23 Q.  Okay. And then you signed it?
24 A.  Yes, I did.
25 Q.  Okay. Did Nathaneal Taylor ever tell you he killed anybody?

```
 1  A.  No.  The only thing that Nathaneal Taylor did tell me was
 2      the guy that he went to the store for got killed.
 3  Q.  Right.
 4  A.  And that's what he was being questioned for down at
 5      homicide.
 6  Q.  Okay.  He never told you he went in and shot anybody; is
 7      that correct?
 8  A.  No.  He never said anything about that, but in the statement
 9      that Mr. Taylor -- I mean excuse me -- that Sergeant Wilson
10      gave me, was if I'm thinking correctly, he said that the boy
11      entered the house to shoot the guy.  He had a cousin on the
12      porch.
13  Q.  Right.
14  A.  And there was thick plastic against the windows where a
15      person couldn't actually see in.  That all of this was done
16      because the guy supposedly punked Nathaneal Taylor out for
17      -- Nathaneal went to the store for him to get him some lunch
18      and a beer.
19  Q.  Okay.  That's basically what the statement said, but
20      Nathaneal didn't tell you all that stuff, did he?
21  A.  No, sir.
22  Q.  Okay.  That's the stuff that Ernest Wilson made up and had
23      you copy in your handwriting and then sign, correct?
24  A.  Well, basically I don't know if it was made up, but that's
25      what he showed me on a police report and asked me to copy
```

```
 1           they?
 2  A.   Basically some of them wrote letters.  Some of them -- well,
 3       basically it's not -- a detective from homicide never came.
 4       They just wrote letters.
 5  Q.   Okay.
 6  A.   Which that was in Judge Andrews' court -- I mean Judge
 7       Coon's courtroom.
 8  Q.   Right.
 9  A.   I had letters from homicide saying that I helped them in
10       several murders which is in my PSI two that I helped on
11       several homicide murder cases.
12  Q.   Okay.  That's how were able to get that one year in Oakland
13       County instead of being sentenced to habitual four, correct?
14  A.   Well --
15                 MS. COLE:  Objection.  Foundation.
16  Q.   (BY MR. TRAINOR):  Go ahead.
17                 MS. COLE:  He said he doesn't know why the
18       judge gave him that.
19                 MR. TRAINOR:  He might.
20                 THE WITNESS:  Well, basically --
21                 MS. COLE:  I would like to know that first
22       how he knows that.
23  Q.   (BY MR. TRAINOR):  Okay.  Go ahead.
24  A.   Well, basically during the sentence, judge -- Judge Coon
25       said -- no.  My lawyer-attorney said well, you will say
```

```
 1        because they came to help you and those letters helped and
 2        that they gave me the first year in the county jail which
 3        this is the same time that I'm doing now for those cases --
 4   Q.   Right.
 5   A.   -- for probation violation.
 6   Q.   Okay.
 7   A.   But he -- you know, he basically let me know if the police
 8        wasn't there.
 9   Q.   Okay.
10   A.   You know, that I was exposed.
11   Q.   Did anybody promise you anything else to give testimony in
12        the Nathaneal Taylor case?
13   A.   Well, basically I can't -- I'm not going to sit here and say
14        that they promised me anything.
15   Q.   Okay.
16   A.   He said that he would make sure I get the least time as I
17        could --
18   Q.   Okay.
19   A.   -- for those cases.
20   Q.   Okay.
21                   MS. COLE:  Who's he?  His --
22                   THE WITNESS:  Sergeant Wilson.
23   Q.   (BY MR. TRAINOR):  Right.  Mr. Turner's come and seen you a
24        couple or three times, correct?
25   A.   Yes, he has.
```

1   A.  Yes.

2   Q.  Okay.  Was that a true statement?

3   A.  No.

4   Q.  Okay.  Who had you write that one out?

5   A.  That was office -- that was a detective out of --

6   Q.  Simon?  A woman?

7               MS. COLE:  Objection.  Leading.

8   Q.  (BY MR. TRAINOR):  Go ahead.

9   A.  Her name is Sergeant Simon.

10  Q.  Okay.

11  A.  That's when --

12              THE WITNESS:  Do you remember I told you

13     about --

14  Q.  (BY MR. TRAINOR):  Okay.  So --

15  A.  As far as the boy supposed to burn the house up or something

16     with a body in it.

17  Q.  Did she do the same stuff that Wilson was doing having you

18     look at police reports and statements and then copy it down

19     in your own handwriting?

20  A.  Yes.

21  Q.  Okay.  And then you would write it out in your own

22     handwriting and then they'd recopy it and have you sign the

23     statement?

24  A.  That was typed out, yes.

25  Q.  Okay.  This one was also typed out too in this case?

```
 1  Q.  Okay.  You testified in December 18th preliminary
 2      examination in which you testified that Nathaneal Taylor
 3      killed this boy at the dope house.  Was that true?
 4  A.  No.
 5  Q.  Okay.  And all the testimony at that preliminary examination
 6      was a lie, wasn't it?
 7  A.  Yes, it was.
 8  Q.  Okay.  Just like the first preliminary exam, right?
 9  A.  Yes.
10  Q.  Why did you testify that way then?
11  A.  Because like I said I was basically trying to keep my part
12      of the deal and when they had let me go.
13  Q.  They had let you out on bond, right?
14  A.  They had let me out on bond on another case.  As far as
15      homicide keeping me on the floor until I testified against
16      some other guys that supposedly done a murder.  I was
17      already home.  I had got out.  So I went to stay with my
18      mother which Wilson was picking me up everyday from my
19      mother's house.
20  Q.  Okay.  So he would bring you back and then you would come
21      down and help him out with other murder investigations?
22  A.  Yeah.  They'd set me up on the floor.  See if I could get
23      people to talk.
24  Q.  At trial you testified that Mr. Taylor committed the murder
25      and he told you that and told some facts and what not
```