# EXHIBIT S

DETROIT
DEPARTMENT
POLICE

# WITNESS STATEMENT
## CASE PROGRESS

| | | | | FILE/CASE NO 00-116 |
|---|---|---|---|---|

| PRECINCT/SECTION | COMPLAINANT |
|---|---|
| Homicide | |

| DATE | TIME | PLACE | STATEMENT TAKEN BY | | |
|---|---|---|---|---|---|
| 03/30/00 | 1 PM | 1300 Beaubien | Inv. Edwards | | |

| WITNESS | RACE/SEX/AGE | D.O.B. | HGT. | WGT. |
|---|---|---|---|---|
| AMEER TORNEY ROSS | B/M/30 | 09/27/69 | 6'1 | 225 |

| SOC. SEC. NO. | RESIDENCE | PHONE BUS. RES. |
|---|---|---|
| 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 | 15272 Park Drive    Taylor, MI | 734-955-6841 |

| EMPLOYER | DEPARTMENT | BADGE NO. | SHIFT |
|---|---|---|---|
| Disability - S.S.D. | | | |

| RESIDING WITH: | CHILDREN/SCHOOL: |
|---|---|
| Twyla Williams - fiance | None |

| RELATIVES/FRIENDS: | ADDRESS | PHONE |
|---|---|---|
| Faye Ross - mother | 15364 Telegraph | 313-794-6160 |

Q. Is it true that you have some information regarding a homicide?

A. Yes sir, I am currently staying in a holding cell on the 9th floor of Police Headquarters. There is a guy that is across from my cell in another cell and he told me his name was "KEN" and he told me about a murder that he did. The conversation started out asking each other why we were locked up. He told me that he was a witness on a homicide and I told him that he was either a suspect or here for questioning. Then he was telling me how this guy "played" him for some weed and he killed him because he didnt want to be "punked" out.

Q. Im showing you a photograph of a black male (Nathanial Taylor) do you reconize this person?

A. Yes, that is the guy, he said that his name was "KEN."

Continue!

A. "KEN" at first stated that he was just a witness and someone said that he had an arguement with the guy that got killed. Then he told me that the boy that was killed stayed (2) blocks away from him but he ("KEN") was new to the street Rochelle where he was staying at. He also said that he told the police that he ("KEN") was walking down the street and the guy who was killed asked him to go to the store and get (3) "Black & Mild" cigars and 22 ounce beer. He said the guy gave him the money and when he got back the guy was arguing and "KEN" said that he just walked away. He said this is what he told the police. He said what really happened is that he didnt give the boy his change back from the $5.00 he gave him and the boy "punked" him out of not giving him any weed. The boy started to argue at him on the porch and "KEN" didnt want to be "punked" out any longer so he left. "KEN" said that he came back to the boys house around 11 or 12, I dont remember if he said it was night or day, but he said that it was plast-up on the windows, the windows were broken out. He said that he and his cousin waited outside and when a customer came out the door they rushed inside of the house. Once inside his cousin stayed by the front door and the guy ran toward the back and he shot him in the head and he also took a gold chain off the boys neck that had a design or diamond. He said that it was a handgun but he didnt say what kind. His cousin had a .410 rifle in case someone came up.

DPD 103 (REV. 4-76)

C of D—72-ST (4-76)

(CONTINUED)                                    PAGE __2__

Q. Did he say what his cousins name was?

A. No.


Q. Did you talk to "KEN" again?

A. Yes, he told me today (3/30/00) to call his girlfriend and tell her to hide the gun somewhere because some officer told him about a search warrant or something. He gave m: the telephone number to his house, I think it is #521-0329 or 521-3069 or something like that. He also asked me last night to call her too.


Q. Did he tell you anything else?

A. Yes, he said that the only thing the police could have on him is his footprint on the front porch. He said that the police may have used powder and got his "NIKE" footprint off of it.


Q. Did he say anything else about his cousin?

A. He said that about 2-3 weeks ago "KEN" and his cousin killed (2) people over by Rochelle and one of the guys got away. He said this because when he was talking about the boy "punking" him out, this is why he killed him because he ("KEN") didnt want everyone to think he got "punked."


Q. Did he say anything about if anyone saw what happened?

A. Only that someone was on there porch and saw him and the boy arguing and a customer left the house before he killed the boy but he didnt say names or anything.


C of D—72-ST (4-76)

(CONTINUED)                                             PAGE ___

Q. Did you ever call "KEN's" girlfriend?

A. Yes, I called her last night about 9:30 PM, this was before he was telling me about what really happened with the murder. I told her about my attorney and gave her his number, I told her to keep her head up and I gave her Attorney Winers number.

Q. Did you talk to her this morning?

A. No.

Q. Did "KEN" say anything else about his girlfriend hiding some guns?

A. He said that the guns were at the house and he wanted me to call his girlfriend so that she could move them.

Q. Anything else?

A. Yes, after a police officer came and asked him about searching his house, he was frantic and said to call my girlfriend to move the guns. This was around 11-12PM today. He then asked one of the guards, his name is Mr. Evans, "what would happen if I had guns at my house just for protection." Mr. Evans talked to him about it and there were (2) other inmates that heard what "KEN" was talking about. I'll see if I can get there names.

Sig. _____