# EXHIBIT DD

# DETECTS Arrest Search   Find Arrest where: (FirstName = 'AMEER' AND LastName = 'ROSS')

| DPD No | 0 | CB | 2052615 | DOB | 9/27/69 | Arrest Date | 12/11/00 | Arrest Time | 1425 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 15272 | PARK DRIVE | OTHER | R/S | B / M |
| Offense | WITNESS - POLICE | | | Pct | 1 | SCA | 2 | Sector | D | Census Tract | 5172 |
| Address | 1300 | BEAUBIEN | | At | | | | Pct Booked | 1 |

| DPD No | 469930 | CB | 2048552 | DOB | 9/29/69 | Arrest Date | 11/27/00 | Arrest Time | 1430 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 15272 | PARK | DETROIT | R/S | B / M |
| Offense | MURDER | | | Pct | 1 | SCA | 2 | Sector | D | Census Tract | 5172 |
| Address | 1300 | BEAUBIEN | | At | | | | Pct Booked | 19 |

| DPD No | 469930 | CB | 1983705 | DOB | 9/27/69 | Arrest Date | 4/18/00 | Arrest Time | 1155 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 15272 | PARK | OTHER | R/S | B / M |
| Offense | MURDER | | | Pct | 1 | SCA | 2 | Sector | D | Census Tract | 5172 |
| Address | 1300 | BEAUBIEN | | At | | | | Pct Booked | 19 |

| DPD No | 469930 | CB | 1977062 | DOB | 9/27/69 | Arrest Date | 3/27/00 | Arrest Time | 1130 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 19275 | PARKDRIVE,TAYLOR | OTHER | R/S | B / M |
| Offense | WITNESS - POLICE | | | Pct | 1 | SCA | 2 | Sector | D | Census Tract | 5172 |
| Address | 1300 | BEAUBIEN | | At | | | | Pct Booked | 19 |

| DPD No | 469930 | CB | 1460650 | DOB | 9/27/69 | Arrest Date | 5/20/95 | Arrest Time | 1800 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER N | | | Address | 19225 | WOODBAIN | DETROIT | R/S | B / M |
| Offense | POSS STOLEN MTR VEH | | | Pct | 2 | SCA | 1 | Sector | A | Census Tract | 5374 |
| Address | 15000 | ROBSON | | At | | | | Pct Booked | 2 |

| DPD No | 469930 | CB | 1456419 | DOB | 9/27/69 | Arrest Date | 5/7/95 | Arrest Time | 245 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER N | | | Address | 19225 | WOODINE | DETROIT | R/S | B / M |
| Offense | FUGITIVE (FELONY) | | | Pct | 12 | SCA | 11 | Sector | A | Census Tract | 5363 |
| Address | | WISCONSIN | | At | S | JOHN LODGE | | Pct Booked | 12 |

| DPD No | 469930 | CB | 1441022 | DOB | 9/27/69 | Arrest Date | 3/18/95 | Arrest Time | 2350 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 19225 | WOODBINE | DETROIT | R/S | B / M |
| Offense | CAPIAS (FELONY) | | | Pct | 8 | SCA | 11 | Sector | A | Census Tract | 5432 |
| Address | 21400 | GRAND RIVER | | At | | | | Pct Booked | 8 |

| DPD No | 469930 | CB | 1356627 | DOB | 9/27/69 | Arrest Date | 5/28/94 | Arrest Time | 1500 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 15623 | AMBERWOOD | DETROIT | R/S | B / M |
| Offense | RECEIVE STOLEN PROP | | | Pct | 1 | SCA | 2 | Sector | D | Census Tract | 5172 |
| Address | 1300 | BEAUBIEN | | At | | | | Pct Booked | 19 |

| DPD No | 0 | CB | 1330622 | DOB | 9/27/69 | Arrest Date | 2/22/94 | Arrest Time | 1700 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 14542 N | SOUTHFIELD | DETROIT | R/S | B / M |
| Offense | POSS STOLEN MTR VEH | | | Pct | 6 | SCA | 2 | Sector | A | Census Tract | 5438 |
| Address | | WESTBROOK | | At | | LYNDON | | Pct Booked | 6 |

*Case Trax*

rptDETECTSArrestSrch

*WILSONE175 From Terminal 00-05-W-39L*

Printed 5/19/04 12:28:55 PM, Page 1 of 4

# DETECTS Arrest Search    Find Arrest where: (FirstName = 'AMEER' AND LastName = 'ROSS')

| DPD No | 469930 | CB | 1329738 | DOB | 9/27/69 | Arrest Date | 2/19/94 | Arrest Time | 1030 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 14542 N | SOUTHFIELD | | DETROIT R/S | B / M |
| Offense | POSS STOLEN MTR VEH | | | Pct | 6 | SCA | 2 | Sector A  Census Tract | 5438 |
| Address | | WESTBROOK | | At | | LYNDON | | Pct Booked | 6 |

| DPD No | 469930 | CB | 1286873 | DOB | 9/27/69 | Arrest Date | 9/2/93 | Arrest Time | 2050 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER V | | | Address | 14542 N | SOUTHFIELD | | DETROIT R/S | B / M |
| Offense | ATT FRAUD MISC | | | Pct | 6 | SCA | 4 | Sector A  Census Tract | 5425 |
| Address | 14542 N | SOUTHFIELD | | At | | | | Pct Booked | 8 |

| DPD No | 469930 | CB | 1277392 | DOB | 9/27/69 | Arrest Date | 7/28/93 | Arrest Time | 1145 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 14542 N | SOUTHFIELD | | DETROIT R/S | B / M |
| Offense | LARC BLDG OR BUS O/200 | | | Pct | 6 | SCA | 9 | Sector B  Census Tract | 5468 |
| Address | 11450 | WARWICK | | At | | | | Pct Booked | 6 |

| DPD No | 469930 | CB | 1270127 | DOB | 9/27/69 | Arrest Date | 6/30/93 | Arrest Time | 1515 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 14542 | SOUTHFIELD | | DETROIT R/S | B / M |
| Offense | ROBBERY ARMED | | | Pct | 12 | SCA | 7 | Sector C  Census Tract | 5079 |
| Address | 1441 W | 7 MILE | | At | | | | Pct Booked | 12 |

| DPD No | 469930 | CB | 1270132 | DOB | 9/27/69 | Arrest Date | 6/30/93 | Arrest Time | 1515 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 14542 | SOUTHFIELD | | DETROIT R/S | B / M |
| Offense | TRAFFIC WARRANTS | | | Pct | 12 | SCA | 7 | Sector C  Census Tract | 5079 |
| Address | 1441 W | 7 MILE | | At | | | | Pct Booked | 12 |

| DPD No | 469930 | CB | 1270129 | DOB | 9/27/69 | Arrest Date | 6/30/93 | Arrest Time | 1515 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 14542 | SOUTHFIELD | | DETROIT R/S | B / M |
| Offense | LARC BLDG OR BUS O/200 | | | Pct | 12 | SCA | 7 | Sector C  Census Tract | 5079 |
| Address | 1441 W | 7 MILE | | At | | | | Pct Booked | 12 |

| DPD No | 469930 | CB | 1270130 | DOB | 9/27/69 | Arrest Date | 6/30/93 | Arrest Time | 1515 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 14542 | SOUTHFIELD | | DETROIT R/S | B / M |
| Offense | FUGITIVE (FELONY) | | | Pct | 12 | SCA | 7 | Sector C  Census Tract | 5079 |
| Address | 1441 W | 7 MILE | | At | | | | Pct Booked | 12 |

| DPD No | 469930 | CB | 1260972 | DOB | 9/27/69 | Arrest Date | 5/25/93 | Arrest Time | 335 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 14115 | RIVERVIEW | | DETROIT R/S | B / M |
| Offense | ROBBERY ARMED/UDAA | | | Pct | 8 | SCA | 14 | Sector C  Census Tract | 5374 |
| Address | | SUSSEX | | At | | FENKELL | | Pct Booked | 8 |

| DPD No | 469930 | CB | 1261189 | DOB | 9/27/69 | Arrest Date | 5/25/93 | Arrest Time | 1735 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 14115 | RIVERVIEW | | DETROIT R/S | B / M |
| Offense | TRAFFIC WARRANTS | | | Pct | 8 | SCA | 14 | Sector C  Census Tract | 5374 |
| Address | | SUSSEX | | At | | FENKELL | | Pct Booked | 8 |

## DETECTS Arrest Search    Find Arrest where: (FirstName = 'AMEER' AND LastName = 'ROSS')

| DPD No | 469930 | CB | 1096824 | DOB | 9/27/69 | Arrest Date | 9/30/91 | Arrest Time | 1100 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER | | | Address | 13717 | KEAL | | DETROIT R/S | B / M |
| Offense | DRUG ACT, NARCOTIC (FELONY)(VCSA) | | | Pct | 1 | SCA | 2 | Sector D  Census Tract | 5172 |
| Address | 1300 | BEAUBIEN | | At | | | | Pct Booked | 19 |

| DPD No | 469930 | CB | 1096036 | DOB | 9/27/69 | Arrest Date | 9/27/91 | Arrest Time | 1305 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER | | | Address | 13717 | KEAL | | DETROIT R/S | B / M |
| Offense | FUGITIVE (FELONY) | | | Pct | 8 | SCA | 8 | Sector C  Census Tract | 5421 |
| Address | 17140 | OAKFIELD | | At | | | | Pct Booked | 8 |

| DPD No | 469930 | CB | 1096018 | DOB | 9/27/69 | Arrest Date | 9/27/91 | Arrest Time | 1305 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER | | | Address | 13717 | KEAL | | OTHER R/S | B / M |
| Offense | DRUG ACT, NARCOTIC (FELONY)(VCSA) | | | Pct | 8 | SCA | 8 | Sector C  Census Tract | 5421 |
| Address | 17140 | OAKFIELD | | At | | | | Pct Booked | 8 |

| DPD No | 469930 | CB | 1096037 | DOB | 9/27/69 | Arrest Date | 9/27/91 | Arrest Time | 1305 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER | | | Address | 13717 | KEAL | | DETROIT R/S | B / M |
| Offense | FUGITIVE (FELONY) | | | Pct | 8 | SCA | 8 | Sector C  Census Tract | 5421 |
| Address | 17140 | OAKFIELD | | At | | | | Pct Booked | 8 |

| DPD No | 469930 | CB | 1075825 | DOB | 9/27/69 | Arrest Date | 7/17/91 | Arrest Time | 2100 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER N | | | Address | 13717 | KEAL | | DETROIT R/S | B / M |
| Offense | ADMITING OR PERMITTING | | | Pct | 1 | SCA | 2 | Sector D  Census Tract | 5172 |
| Address | 1300 | BEAUBIEN | | At | | | | Pct Booked | 19 |

| DPD No | 469930 | CB | 847243 | DOB | 9/27/69 | Arrest Date | 7/5/89 | Arrest Time | 1845 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 16364 | CHATHAM | | DETROIT R/S | B / M |
| Offense | PROBATION VIOLATION (MISDEMEANOR) | | | Pct | 8 | SCA | 10 | Sector   Census Tract | 5442 |
| Address | | MIDLAND | | At | CHATHAM | | | Pct Booked | 8 |

| DPD No | 469930 | CB | 847663 | DOB | 9/27/69 | Arrest Date | 7/5/89 | Arrest Time | 1845 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 15364 | CHATHAM | | DETROIT R/S | B / M |
| Offense | MURDER | | | Pct | 8 | SCA | 11 | Sector   Census Tract | 5432 |
| Address | 21400 | GRAND RIVER | | At | | | | Pct Booked | 8 |

| DPD No | 469930 | CB | 691914 | DOB | 9/27/69 | Arrest Date | 3/5/88 | Arrest Time | 5 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 11201 W | OUTER DRIVE | | DETROIT R/S | B / M |
| Offense | DRUG ACT, NARCOTIC (FELONY)(VCSA) | | | Pct | 6 | SCA | 2 | Sector   Census Tract | 5436 |
| Address | 15000 | BURT | | At | | | | Pct Booked | 8 |

| DPD No | 469930 | CB | 641737 | DOB | 9/27/69 | Arrest Date | 9/29/87 | Arrest Time | 1530 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 21151 | ORCHARD | | DETROIT R/S | B / M |
| Offense | ASSAULT FELONIUS | | | Pct | 8 | SCA | 6 | Sector   Census Tract | 5412 |
| Address | 21151 | ORCHARD | | At | | | | Pct Booked | 8 |

**DETECTS Arrest Search**   Find Arrest where: (FirstName = 'AMEER' AND LastName = 'ROSS')

| DPD No | 469930 | CB | 589853 | DOB | 9/17/67 | Arrest Date | 4/7/87 | Arrest Time | 1300 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER | | | Address | 17301 | PLAINVIEW | | DETROIT R/S | B / M |
| Offense | ROBBERY ARMED | | | Pct | 8 | SCA | 7 Sector | Census Tract | 5431 |
| Address | | NO STREET ENTERED | | At | | NO STREET ENTERED | | Pct Booked | 8 |

| DPD No | 469930 | CB | 566243 | DOB | 9/27/69 | Arrest Date | 1/14/87 | Arrest Time | 1300 |
|---|---|---|---|---|---|---|---|---|---|
| Name | ROSS, AMEER T | | | Address | 17301 | PLAINVIEW | | DETROIT R/S | B / M |
| Offense | A AND B SIMPL ASSLT-STALKING | | | Pct | 2 | SCA | 9 Sector | Census Tract | 5344 |
| Address | 8617 | BEECHDALE | | At | | | | Pct Booked | 2 |