**FILED**

**NOV 2 1 2005**

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANEAL TAYLOR,

                Plaintiff,

v

Case No. 03-73595 NO

Judge Paul Borman

CITY OF DETROIT, R. SCOLA, J. WALKER,
G. EDWARDS, BARBARA SIMON,
ERNEST WILSON, TERRELL SHAW, JAMES
FISHERDWIGHT PEARSON, INDIVIDUALLY
AND IN THEIR OFFICIAL CAPACITIES,
Jointly and severally

                Defendants.

**RECEIVED**

**NOV 17 2005**

CLERK'S OFFICE
U.S. DISTRICT COURT

_____/

### STIPULATION TO DISMISS CAUSE

        The parties in the above-entitled cause by their respective attorneys, hereby stipulate and agree that an Order be entered forthwith dismissing the said cause with prejudice and without costs and attorney fees to any party.

| | |
|---|---|
| _/s/ Christopher J. Trainor_ | _/s/ Paula L. Cole_ |
| CHRISTOPHER J. TRAINOR (P-42449) | PAULA L. COLE (P-31888) |
| Law Offices of Trainor and Toombs | City of Detroit Law Department |
| Attorney for Plaintiff | Attorney for Defendants |
| 6557 Highland Road, Ste. 105 | 660 Woodward Avenue |
| Waterford, Michigan 48327 | 1650 First National Building |
| (248) 886-8650 | Detroit, MI 48226 |
| | (313) 237-3017 |

### ORDER TO DISMISS CAUSE

        At a session of the said Court held in the Courthouse, City of Detroit, County of Wayne, Michigan on **NOV 2 1 2005**

        Present: Honorable **PAUL D. BORMAN**
                                        District Court Judge

        Upon the reading and filing of the stipulation annexed hereto, and the Court being fully advised in the premises;

        **IT IS HEREBY ORDERED** that the within cause be dismissed with prejudice and without costs and without attorney fees to any party; all pending claims are hereby resolved and this case is now closed.

                                                                        _/s/_
                                                                     District Court Judge